IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PROFILE NETWORK INC., an Illinois )
Corporation, d/b/a SPORTS PROFILE, )
)
                Plaintiff )
)
     vs. )   Case No. 13 cv 3590
)   Judge: John Z. Lee
MARTY TIRRELL, )   Mag. Judge: Young B. Kim
)
            Defendant )

## MOTION

PROFILE NETWORK, INC., an Illinois corporation, d/b/a SPORTS PROFILE (Profile), moves the Court to enter a Judgment against Defendant, MARTY TIRRELL (Tirrell) and for reason therefor states:

1. Plaintiff filed its Complaint on May 14, 2013.

2. The Defendant failed to voluntarily appear and was finally served with Summons on July 10, 2013 by a process server at the Tirrell home at 809 75th Street, West Des Moines, Iowa.

3. The Summons and proof of service have been filed with the Court. A copy is attached as Motion Exhibit 1.

4. The Defendant was required to appear and answer on or before July 31, 20123.

5. No Appearance or other pleading has been filed by Tirrell.

6. The amount owed by Tirrell to Plaintiff is $107,665.00.

7. The Affidavit of Lisa Levine, President of Plaintiff, affirming the information stated in the Complaint and that $107,665.00 has not been paid is attached hereto as Motion Exhibit 2.

WHEREFORE, Plaintiff Profile Network, Inc. moves the Court to enter judgment against Defendant Marty Tirrell in the sum of $107,665.00 plus costs and interest.

Respectfully submitted,

PROFILE NETWORK, INC. d/b/a
SPORTS PROFILE

By: /s/ Norman Hanfling
Norman Hanfling, its attorney

Norman Hanfling
208 S. LaSalle St., #1400
Chicago, IL 60604
(312) 853-0882
Fax: (312) 263-3416

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PROFILE NETWORK INC., an Illinois )
Corporation, d/b/a SPORTS PROFILE, )
)
          Plaintiff )
)
   vs. )   Case No. 13 cv 3590
)   Judge: John Z. Lee
MARTY TIRRELL, )   Mag. Judge: Young B. Kim
)
         Defendant )

## AFFIDAVIT

LISA LEVINE, being first duly sworn states:

1. Affiant is the President of Profile Network Inc.

2. Profile Network Inc as part of its business helps promote sporting events.

3. Marty Tirrell (Tirrell) requested Lisa Levine of Profile Network Inc. to obtain tickets for the Big East Basketball Tournament in March 2013 and the NCAA Final Four Tournament in 2013.

4. Affiant did obtain tickets for said events as requested by Tirrell and agreed with Tirrell on the price which Tirrell would pay Plaintiff for said tickets.

5. The total price agreed to by the parties for said tickets was $107,665.00.

6. Plaintiff delivered the tickets to Tirrell as requested and the tickets were used by Tirrell for customers of his business so that they could attend said basketball tournaments.

7. Although Tirrell promised to pay for said tickets, he has failed and refused to do so.

8. To date, Tirrell has not paid any portion of the $107,665.00.

9. The amount owed by Tirrell to Plaintiff is $107,665.00.

FURTHER AFFIANT SAYETH NOT.

_/s/ Lisa Levine_
LISA LEVINE, Affiant

Subscribed and sworn to before me
this 15th day of August, 2013

_/s/ Jayashree H. Shah_
Notary Public

My commission expires: 7-19-2014

**OFFICIAL SEAL**
JAYASHREE H. SHAH
Notary Public - State of Illinois
My Commission Expires Jul 19, 2014

Norman Hanfling
Attorney for Plaintiff
208 S. LaSalle St., #1400
Chicago, IL 60604
(312) 853-0882
Fax: (312) 263-3416